UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X   O R D E R
ALBERT ROMANO,

          Plaintiff,    CV-06-0285 (ARR)

  -against-

EVERGREEN INTERNATIONAL AIRLINES,

          Defendants.
----------------------------------X

    An initial conference will be held in the above-captioned case on May 5, 2006, at 1:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

    <u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference.</u> No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       January 27, 2006

                                      JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE